IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OTHA ANDERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 13-cv-01237-JPG-PMF |
| | ) |
| SALVADOR A. GODINEZ, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 43) of Magistrate Judge Philip M. Frazier review of Plaintiff's Second Amended Complaint (Doc. 38) pursuant to 28 U.S.C. § 1915A.  Plaintiff filed Objections to the Report and Recommendation (Doc. 44).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Although Plaintiff filed a document titled, "Objections to Report and Recommendation," the document (Doc. 44) contained no actual objections to the R & R (Doc. 43), but instead agrees with the R & R that Count 2 and 3 be dismissed.  "There is no need at this time to burden this court with Court 2 and Count 3 because Plaintiff have (sic) both counts pending in the United States District Court, Northern District of Illinois."  (Doc. 44)

The Plaintiff also states that this case should be un-stayed and proceed against the remaining defendants on Count 1.  Therefore, the Court has reviewed the R & R for clear error and finds none.

According, the Court **ADOPTS** the Report & Recommendation (Doc. 43) in its entirety and **DISMISSES COUNT 2, without prejudice,** and **DISMISSES COUNT 3, with prejudice**. Further, the **STAY IS LIFTED** in this matter and will proceed against defendants, Godinez, Harrington, Anderson, Cowan, and Funk on Count 1.

**IT IS SO ORDERED.**

DATED:   10/20/2014

        s/J. Phil Gilbert
        **J. PHIL GILBERT**
        **United States District Judge**